This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                                          **NO. 32,883**

**AIDE C.,**

Child-Appellant.

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY**
**Gary L. Clingman, District Judge**

Gary K. King, Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Acting Chief Public Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**GARCIA, Judge.**

Defendant-Appellant Aide C. (Child) has appealed from a consent decree. On July 8, 2013, we issued a notice of proposed summary disposition, proposing to reverse and remand for further proceedings. The State has filed a response with this Court indicating that it does not oppose our proposed summary disposition.

Accordingly, for the reasons stated in the notice of proposed summary disposition, we reverse and remand for further proceedings consistent herewith.

**IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

_____
**J. MILES HANISEE, Judge**

_____
**M. MONICA ZAMORA, Judge**